JS-6

Stuart J. Einbinder (#155758)
seinbinder@swlaw.com
Gerda M. Roy (#130484)
groy@swlaw.com
Brent Weiss (#268325)
bweiss@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile:  (714) 427-7799

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHOPPES AT CREEKSIDE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A., as successor to WASHINGTON MUTUAL BANK, and DOES 1 through 100,<br><br>Defendants. | CASE NO.  EDCV 10-1091 VBF (OPx)<br><br>[Proposed] Order Dismissing Entire Action |

Pursuant to the Stipulation of plaintiff The Shoppes At Creekside, LLC ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Defendant"), it is hereby ORDERED as follows:

1. This entire action is dismissed, as follows: (a) Plaintiff's Complaint is dismissed with prejudice; and (b) Defendant's Counterclaim is dismissed without prejudice;

///    cc: Fiscal Section
///

12874581

- 1 -

Order Dismissing Entire Action
Case No. EDCV 10-1091 VBF (OPx)

2. The Preliminary Injunction which was ordered by the California Superior Court on or about June 11, 2010 (before removal of this action) is extinguished and withdrawn; and

3. The $500,000 bond provided by Plaintiff as a condition of the Preliminary Injunction is released and discharged.

Dated: April 10, 2011

           */s/ Valerie Baker Fairbank*
United States District Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

12874581

- 2 -

Order Dismissing Entire Action
Case No. EDCV 10-1091 VBF (OPx)